1  Stephen D. Hibbard (State Bar No. 177865)
   Mikael A. Abye (State Bar No. 233458)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105-2723
   Telephone:    (415) 616-1100
4  Facsimile:    (415) 616-1199
   Email: shibbard@shearman.com
5          mabye@shearman.com

6  Attorneys for Defendants Elan Corporation, PLC; G. Kelly
   Martin; Lars Ekman; and Shane Cooke
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11 | PHILCO INVESTMENTS, LTD, DAVID        | CASE NO. C 10-02785 CRB
   | MAUER, DAVID ROSENBAUM, and           |
12 | MARIA ROSENBAUM,                      | STIPULATION TO EXTEND TIME TO
   |                                       | RESPOND TO COMPLAINT
13 |              Plaintiffs,              |
14 |       vs.                             |
15 | G. KELLY MARTIN, LARS EKMAN,          |
   | SHANE COOKE, and ELAN                 |
16 | CORPORATION, PLC                      |
17 |              Defendants.              |

18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME                           CASE NO.:  C 10-02785-CRB
TO RESPOND TO COMPLAINT                                                  290590

1 | Defendants Elan Corporation, PLC; G. Kelly Martin; Lars Ekman; and Shane
2 | Cooke (collectively, "Defendants") and plaintiffs Philco Investments, Ltd.; David Rosenbaum;
3 | and Maria Rosenbaum (collectively, "Plaintiffs" and, jointly with Defendants, the "Parties")
4 | stipulate to an extension of time for Defendants to answer, move, or otherwise respond to
5 | Plaintiffs' complaint in this matter, without waiver of any rights, claims, or defenses.
6 | Pursuant to Civil Local Rule 6-1(a) for the Northern District of California, the
7 | Parties, by and through their counsel, stipulate as follows:

1. Defendants shall answer, move, or otherwise respond to Plaintiffs' complaint on or before November 5, 2010.
2. This extension will not alter the date of any event or any deadline already fixed by Court order.
3. By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims, and defenses.

Dated: September 17, 2010        SHEARMAN & STERLING LLP
                                 Stephen D. Hibbard
                                 Mikael A. Abye


                                 By: _____/s/_____
                                        Stephen D. Hibbard

                                 Attorneys for Defendants Elan Corporation, PLC;
                                 G. Kelly Martin; Lars Ekman; and Shane Cooke

Dated: September 17, 2010        GERGOSIAN & GRALEWSKI LLP


                                 By: _____/s/_____
                                        Edward M. Gergosian

                                 Attorneys for Plaintiffs Philco Investments, Ltd.;
                                 David Rosenbaum; and Maria Rosenbaum

STIPULATION TO EXTEND TIME              1               CASE NO.:  C 10-02785-CRB
TO RESPOND TO COMPLAINT                                                      290590

1                         ATTESTATION PURSUANT TO GENERAL ORDER 45

2     I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file

3 this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Edward M.

4 Gergosian has concurred in this filing.

5

6 DATED: September 17, 2010                         By: _____/s/_____
                                                                             Stephen D. Hibbard