GERGOSIAN & GRALEWSKI LLP
EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
750 B Street, Suite 1250
San Diego, CA  92101
Telephone:  (619) 237-9500
Facsimile:   (619) 237-9555
E-mail: ed@gergosian.com
E-mail: bob@gergosian.com

*Attorneys for Plaintiffs*
PHILCO INVESTMENTS, LTD.; DAVID MAUER;
DAVID ROSENBAUM; AND MARIA ROSENBAUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILCO INVESTMENTS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>G. KELLY MARTIN, et al.<br><br>Defendants. | Case No. C 10-02785 CRB<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 10-02785 CRB

1   On September 16, 2010, this Court entered an order setting an Initial Case Management
2   Conference in this matter for October 15, 2010 at 8:30 a.m.  Due to scheduling conflicts; plaintiffs'
3   counsel is not able to appear on that date.  Pursuant to counsels' discussion Plaintiffs Philco
4   Investments, Ltd.; David Mauer, David Rosenbaum; and Maria Rosenbaum (collectively,
5   "Plaintiffs") Defendants Elan Corporation, PLC; G. Kelly Martin; Lars Ekman; and Shane Cooke
6   (collectively, "Defendants" and, jointly with Plaintiffs, the "Parties") stipulate to continue the Initial
7   Case Management Conference in this matter to November 12 or 19, 2010 at 10:30 a.m., or at such
8   time thereafter as the court sets.

9   Pursuant to Civil Local Rule 6-2 for the Northern District of California, and based on the
10  accompanying Declaration of Edward M. Gergosian, the Parties, by and through their counsel,
11  stipulate as follows:

12  1.   The Initial Case Management Conference in this action shall be continued to
13  November 12 or 19, 2010 at 10:30 am.

14  2.   The Initial Case Management Conference Statement shall be filed no later than seven
15  (7) days in advance of the Initial Case Management Conference.

16  IT IS SO STIPULATED.

17  DATED:  October 5, 2010        GERGOSIAN & GRALEWSKI LLP
                                    Edward M. Gergosian
18                                  Robert J. Gralewski, Jr.

19                                         */s/ Edward M. Gergosian*
                                    By: Edward M. Gergosian
20
                                    *Attorneys for Plaintiffs Philco Investments, Ltd.;*
21                                  *David Mauer; David Rosenbaum; and Maria*
                                    *Rosenbaum*
22

23  DATED:  October 5, 2010        SHEARMAN & STERLING LLP
                                    Stephen D. Hibbard
24                                  Mikael A. Abye

25                                         */s/ Stephen D. Hibbard*
                                    By: Stephen D. Hibbard
26
                                    *Attorneys for Defendant Elan Corporation, PLC;*
27                                  *G. Kelly Martin; Lars Ekman; and Shane Cooke*

28

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 10-02785 CRB          - 1 -

1 | IT IS SO ORDERED.

2 | DATED:

3 | _____
THE HONORABLE CHARLES R. BREYER
4 | UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 10-02785 CRB            - 2 -

1  ATTESTATION PURSUANT TO GENERAL ORDER 45

2  I, Edward M. Gergosian, am the ECF user whose ID and password are being used to file this

3  Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Stephen D. Hibbard.

4

DATED: October 5, 2010                              */s/ Edward M. Gergosian*
5                                                               EDWARD M. GERGOSIAN