Stephen D. Hibbard (State Bar No. 177865)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone:     (415) 616-1100
Facsimile:      (415) 616-1199
Email: shibbard@shearman.com
           mabye@shearman.com

Attorneys for Defendants Elan Corporation, PLC; G. Kelly Martin; Lars Ekman; and Shane Cooke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILCO INVESTMENTS, LTD, DAVID MAUER, DAVID ROSENBAUM, and MARIA ROSENBAUM,<br><br>                            Plaintiffs,<br><br>            v.<br><br>G. KELLY MARTIN, LARS EKMAN, SHANE COOKE, and ELAN CORPORATION, PLC<br><br>                            Defendants. | CASE NO. C 10-02785 CRB<br><br>JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT PURSUANT TO CIVIL LOCAL RULE 7-11 |

1  Pursuant to Civil Local Rule 7-11, Defendants Elan Corporation, PLC; G. Kelly Martin;
2  Lars Ekman; and Shane Cooke (collectively, "Defendants") and plaintiffs Philco Investments,
3  Ltd; David Mauer; David Rosenbaum; and Maria Rosenbaum (collectively, "Plaintiffs")
4  respectfully request the Court allow the parties to exceed the page limit prescribed by this
5  Court's June 30, 2004 Standing Order with regard to the briefing in connection with Defendants'
6  soon to be filed motion to dismiss. The parties will at all times comply with the briefing
7  limitations set forth by Local Rules 7-2 through 7-4, which prohibit briefs in excess of 25 pages.

8  The parties make this request on the grounds that the instant case involves complex facts
9  requiring detailed explanation and analysis in the context of a motion to dismiss. In particular,
10 Plaintiffs' 60-page complaint contains numerous allegations relating to alleged public and private
11 misstatements and omissions regarding the testing and development of *two* separate and
12 unrelated biologic drugs, Bapineuzumap and Tysabri. As such, a 15-page allotment will limit the
13 parties' abilities to adequately address all of the relevant allegations contained in the complaint.

14 The parties, therefore, respectfully request that the Court allow them to file 25-page briefs
15 in accordance with Civil Local Rules 7-2 through 7-4.

16 Dated: November 2, 2010          SHEARMAN & STERLING LLP
                                    Stephen D. Hibbard
17                                  Mikael A. Abye

19                                  By:      /s/
20                                        Stephen D. Hibbard

21                                  Attorneys for Defendants Elan Corporation, PLC;
                                    G. Kelly Martin; Lars Ekman; and Shane Cooke

23 Dated: November 2, 2010          GERGOSIAN & GRALEWSKI LLP

25                                  By:      /s/
                                          Edward M. Gergosian

26                                  Attorneys for Plaintiffs Philco Investments, Ltd.;
                                    David Mauer; David Rosenbaum; and Maria
27                                  Rosenbaum

28

JOINT ADMIN. MOTION TO            1            Case No.: C 10-02785-CRB
EXCEED PAGE LIMIT                                                  291506

1 ATTESTATION PURSUANT TO GENERAL ORDER 45

2     I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file

3 this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Edward M.

4 Gergosian has concurred in this filing.

6 DATED: November 2, 2010         By: _____/s/_____
                                            Stephen D. Hibbard