Stephen D. Hibbard (State Bar No. 177865)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone:    (415) 616-1100
Facsimile:    (415) 616-1199
Email: shibbard@shearman.com
       mabye@shearman.com

Jaculin Aaron (State Bar No. 133983)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Email: jaaron@shearman.com

Attorneys for Defendants Elan Corporation, plc; G. Kelly Martin; Lars Ekman; and Shane Cooke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILCO INVESTMENTS, LTD, DAVID MAUER, DAVID ROSENBAUM, AND MARIA ROSENBAUM,<br><br>Plaintiffs,<br><br>v.<br><br>G. KELLY MARTIN, LARS EKMAN, SHANE COOKE, and ELAN CORPORATION, PLC,<br><br>Defendants. | Case No.: C 10-02785 CRB<br><br>DECLARATION OF STEPHEN D. HIBBARD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT<br><br>Date:         February 4, 2011<br>Time:        10:00 a.m.<br>Courtroom:  8, 19th Floor<br>Judge:       Honorable Charles R. Breyer |

1. I am a member of the Bar of California and a member of the firm Shearman & Sterling LLP, counsel to Defendants Elan Corporation, plc ("Elan"), G. Kelly Martin, Shane Cooke and Lars Ekman (collectively, the "Elan Defendants") in the above-captioned proceeding. I submit this declaration in support of the Elan Defendants' Motion to Dismiss the Complaint for Violation of the Federal Securities Laws ("Complaint").

2. Attached hereto as exhibits are true and correct copies of the documents described below.

| Exhibit | Description of Document |
|---|---|
| A | Elan 20-F Annual Report filed with the SEC on February 28, 2008 (cited at Complaint ¶ 140) |
| B | September 17, 2009 Johnson & Johnson and Elan press release entitled "Johnson & Johnson And Elan Corporation Plc Announce Closing of Transaction Related to Alzheimer's Immunotherapy Program And Equity Investment" |
| C | October 5, 2006 Wyeth Conference Call Transcript (cited at Complaint ¶ 69) |
| D | July 28, 2008 Cowen and Company analyst report entitled "What To Look For In Tomorrow's Bapineuzumab Phase II data Presentation" (cited at Complaint ¶ 103) |
| E | July 31, 2008 Credit Suisse analyst report entitled "Bapineuzumab data asks questions – we still see an opportunity" (cited at Complaint ¶ 115) |
| F | July 29, 2008 Elan and Wyeth ICAD Podium Presentation (cited at Complaint ¶ 106) |
| G | July 29, 2008 Elan and Wyeth Conference Call Transcript (cited at Complaint ¶ 105) |
| H | April 24, 2007 Elan Earnings Call Transcript |
| I | January 9, 2007 JP Morgan conference call transcript entitled "ELN – Elan Corporation, PLC at JP Morgan 25th Annual Healthcare Conference" (cited at Complaint ¶ 70) |
| J | March 9, 2006 Cowen and Company conference call transcript entitled "ELN – Elan Corporation, PLC at Cowen & Co. 26th Annual Health Care Conference" |
| K | May 21, 2007 Elan and Wyeth Press Release (cited at Complaint ¶¶ 14, 72) |
| L | July 26, 2007 Elan Earnings Call Transcript (cited at Complaint ¶ 75) |
| M | October 25, 2007 Elan Earnings Call Transcript |
| N | January 26, 2009 Pfizer and Wyeth press release entitled "Pfizer to Acquire Wyeth, Creating World's Premier Biopharmaceutical Company" |
| O | July 31, 2007 Natixis Bleichroeder Inc. analyst report entitled "ELN: Crohn's is Nice, But Focus on Bapineuzumab" (cited at Complaint ¶ 74) |
| P | April 28, 2008 Natixis Bleichroeder analyst report entitled "ELN: The Waiting is the Hardest Part" (cited at Complaint ¶ 76) |
| Q | May 1, 2008 Morgan Stanley conference call transcript entitled "ELN – Elan Corporation, plc at Morgan Stanley 2008 Global Healthcare Unplugged Conference" (cited at Complaint ¶ 77) |
| R | June 17, 2008 Elan and Wyeth Press Release (cited at Complaint ¶¶ 20, 82) |

| Exhibit | Description of Document |
|---|---|
| S | June 17, 2008 Credit Suisse Analyst Report entitled "Key Alzheimer's data read encouraging" (cited at Complaint ¶ 84) |
| T | July 8, 2008 Cowen and Company analyst report entitled "Bapineuzumab Could be A Breakthrough . . . But Several Hurdles Remain" (cited at Complaint ¶ 89) |
| U | June 17, 2008 Natixis Bleichroeder analyst report entitled "ELN: No Negative Bappy Data Keeps Us Happy" (cited at Complaint ¶ 85) |
| V | July 25, 2008 Natixis Bleichroeder analyst report entitled "ELN: ICAD = I(magine) C(atapulting) A(lzheimer's) D(ramatically)" |
| W | July 24, 2008 Stanford Group Company analyst report entitled "ELN: More questions to be answered at ICAD" (cited at Complaint ¶ 97) |
| X | July 29, 2008 Elan and Wyeth Press Release (cited at Complaint ¶ 104) |
| Y | July 30, 2008 Lehman Brothers analyst report entitled "Bap P2 Details Supports Top line" |
| Z | July 30, 2008 Leerink Swann analyst report entitled "Elan Corporation, After selling for the wrong reasons, now Is the time to buy for the right ones" |
| AA | October 13, 2008 Natixis Bleichroeder conference call transcript entitled "Natixis Bleichroeder Hidden Gems Conference" |
| BB | August 1, 2008 Biogen Idec and Elan Conference Call Transcript (cited at Complaint ¶ 119) |
| CC | June 6, 2006 Elan Conference Call Transcript |
| DD | January 2008 Prescriber's Information (PI) for Tysabri |
| EE | November 23, 2004 FDA "Questions and Answers on Natalizumab" |
| FF | National Institutes of Health MedlinePlus Article on Multiple Sclerosis |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2010 in San Francisco, California.

/s/
Stephen D. Hibbard

HIBBARD DECL. ISO MOTION TO DISMISS     2     CASE NO. C 10-02785 CRB