Stephen D. Hibbard (State Bar No. 177865)
Mikael A. Abye (State Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: shibbard@shearman.com
       mabye@shearman.com

Jaculin Aaron (State Bar No. 133983)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10023
Telephone: (212) 848-4450
Facsimile: (646) 848-4450
Email: jaaron@shearman.com

Attorneys for Defendants Elan Corporation, PLC; G. Kelly Martin; Lars Ekman; and Shane Cooke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILCO INVESTMENTS, LTD, DAVID MAUER, DAVID ROSENBAUM, and MARIA ROSENBAUM,<br><br>Plaintiffs,<br><br>vs.<br><br>G. KELLY MARTIN, LARS EKMAN, SHANE COOKE, and ELAN CORPORATION, PLC<br><br>Defendants. | CASE NO. C 10-02785 CRB<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT<br><br>Hearing Date: August 12, 2011<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Honorable Charles R. Breyer |

WHEREAS, the instant matter involves alleged public and private misstatements and/or omissions regarding the testing and development of two separate and unrelated biologic drugs, bapineuzumab and Tysabri;

WHEREAS, on March 25, 2011, plaintiffs Philco Investments, Ltd.; David Rosenbaum; and Maria Rosenbaum (collectively, "Plaintiffs") filed a 64-page Amended Complaint For Violation of The Federal Securities Law ("Amended Complaint") containing complex allegations relating to both bapineuzumab and Tysabri;

WHEREAS, Defendants Elan Corporation, PLC; G. Kelly Martin; Lars Ekman; and Shane Cooke (collectively, "Defendants" and, jointly with Plaintiffs, the "Parties") will move the Court to dismiss the Amended Complaint;

WHEREAS, due to the complexity of this case, each of the Parties will require at least 30 days to adequately prepare their respective moving and opposition papers;

WHEREAS, the Parties, through their counsel, have conferred and agreed to a briefing schedule concerning Defendants' motion to dismiss the Amended Complaint;

THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Defendants shall file their motion to dismiss the Amended Complaint on or before May 13, 2011;

2. Plaintiffs shall file their brief in opposition to Defendants' motion to dismiss on or before July 8, 2011;

3. Defendants shall file their reply brief in support of their motion to dismiss on or before July 29, 2011; and

4. The hearing for Defendants' motion to dismiss shall be on August 12, 2011 at 10:00 a.m.

///

///

///

| | |
|---|---|
| Dated: April 7, 2011 | SHEARMAN & STERLING LLP<br>Stephen D. Hibbard<br>Jaculin Aaron<br>Mikael A. Abye |
| | By:     /s/<br>      Stephen D. Hibbard |
| | Attorneys for Defendants Elan Corporation, PLC; G. Kelly Martin; Lars Ekman; and Shane Cooke |
| Dated: April 7, 2011 | GERGOSIAN & GRALEWSKI LLP |
| | By:     /s/<br>      Edward M. Gergosian |
| | Attorneys for Plaintiffs Philco Investments, Ltd.; David Rosenbaum; and Maria Rosenbaum |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: April 8, 2011

The Honorable Charles R. Breyer
United States District [Judge]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIP. AND [PROPOSED] ORDER RE. BRIEFING SCHED. FOR MTD AMENDED COMPLAINT     2     CASE NO.: C 10-02785-CRB
294401