1  Stephen D. Hibbard (State Bar No. 177865)
   Mikael A. Abye (State Bar No. 233458)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105-2723
   Telephone: (415) 616-1100
4  Facsimile: (415) 616-1199
   Email: shibbard@shearman.com
5         mabye@shearman.com

6  Jaculin Aaron (State Bar No. 133983)
   SHEARMAN & STERLING LLP
7  599 Lexington Avenue
   New York, NY 10023
8  Telephone: (212) 848-4450
   Facsimile: (646) 848-4450
9  Email: jaaron@shearman.com

10 Attorneys for Defendants Elan Corporation, PLC; G. Kelly
   Martin; Lars Ekman; and Shane Cooke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILCO INVESTMENTS, LTD, DAVID MAUER, DAVID ROSENBAUM, and MARIA ROSENBAUM,<br><br>Plaintiffs,<br><br>vs.<br><br>G. KELLY MARTIN, LARS EKMAN, SHANE COOKE, and ELAN CORPORATION, PLC<br><br>Defendants. | CASE NO. C 10-02785 CRB<br><br>STIPULATION AND [PROPOSED] ORDER REVISING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT<br><br>Hearing Date: September 23, 2011<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Honorable Charles R. Breyer |

STIP. AND [PROPOSED] ORDER RE. BRIEFING          CASE NO.: C 10-02785-CRB
SCHED. FOR MTD AMENDED COMPLAINT                 296582

| | |
|---|---|
| 1 | WHEREAS, on July 7, 2011, plaintiffs Philco Investments, Ltd.; David |
| 2 | Rosenbaum; and Maria Rosenbaum (collectively, "Plaintiffs") filed an opposition to defendant |
| 3 | Elan Corporation, PLC; G. Kelly Martin; Lars Ekman; and Shane Cooke's (collectively, |
| 4 | "Defendants" and together with Plaintiffs, the "Parties") motion to dismiss the amended |
| 5 | complaint in the above captioned matter ("Motion to Dismiss"); |
| 6 | WHEREAS, pursuant to a prior stipulation between the Parties, the Court has |
| 7 | ordered that Defendants' reply to Plaintiffs' opposition be filed on or before July 29, 2011, and |
| 8 | that the hearing in this matter be held on August 12, 2011 at 10:00 a.m.; |
| 9 | WHEREAS, Plaintiffs' counsel has advised Defendants' counsel of a recent |
| 10 | scheduling conflict making him unavailable to attend a hearing on the Motion to Dismiss on |
| 11 | August 12, 2011; |
| 12 | WHEREAS, the Parties, through their counsel, have conferred and agreed to a |
| 13 | revised hearing date and briefing schedule concerning the Motion to Dismiss; |
| 14 | THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS: |
| 15 | 1. Defendants shall file their reply brief in support of their Motion to Dismiss |
| 16 | on or before September 8, 2011; and |
| 17 | 2. The hearing for Defendants' Motion to Dismiss shall be on September 23, |
| 18 | 2011 at 10:00 a.m. |

Dated: July 20, 2011

SHEARMAN & STERLING LLP
Stephen D. Hibbard
Jaculin Aaron
Mikael A. Abye

By: _____/s/_____
        Mikael A. Abye

Attorneys for Defendants Elan Corporation, PLC;
G. Kelly Martin; Lars Ekman; and Shane Cooke

| | | |
|---|---|---|
| 1 | Dated: July 20, 2011 | GERGOSIAN & GRALEWSKI LLP |

By: /s/
 Edward M. Gergosian

Attorneys for Plaintiffs Philco Investments, Ltd.;
David Rosenbaum; and Maria Rosenbaum

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: July 22, 2011

 The Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)