IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILCO INVESTMENTS, LTD ET AL., | No. C 10-02785 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN ET AL., | |
| Defendants. / | |

Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 5, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2785\judgment.wpd