FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 23 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PHILCO INVESTMENTS, LTD.; et al., Plaintiffs - Appellants, v. G. KELLY MARTIN; et al., Defendants - Appellees. | No. 11-17709  D.C. No. 3:10-cv-02785-CRB Northern District of California, San Francisco  ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Lisa Jaye
Circuit Mediator

LJ/Mediation_4-20-12